1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY M. OBA, et al., | Case No.  1:21-cv-00487-DAD-EPG |
| Plaintiffs, | |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL |
| STEVE LARSEN, et al., | |
| Defendants. | (ECF NO. 23) |

On August 2, 2021, Plaintiffs filed a notice of voluntary dismissal (ECF No. 23), without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment. Although Defendants Wells Fargo Bank, N.A. and Bank of America, N.A., have filed motions to dismiss (ECF Nos. 9, 10), which remain pending, Plaintiffs still have the right to dismiss this case:

> Under Rule 41(a)(1), a plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).

*Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (internal citation omitted).

\\\

\\\

\\\

1

Accordingly, the Clerk of Court is respectfully directed to vacate all pending deadlines and to close the case.

IT IS SO ORDERED.

Dated:   **August 3, 2021**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE